B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Beich, Walter H. III** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**xxx-xx-1814** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**17100 S. Parker Road**<br>**Homer Glen, IL**<br>ZIP Code **60491** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Will** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| Type of Debtor<br>(Form of Organization) (Check one box)<br>■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business<br>(Check one box)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box)<br>■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
|---|---|---|
| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ■ Debts are primarily business debts. |

| Filing Fee (Check one box)<br>■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| Statistical/Administrative Information<br>☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,000 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13)                                                                                                          Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Beich, Walter H. III** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**See Attachment** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)        (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
#### (Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
#### (Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

       _____
       (Name of landlord that obtained judgment)

       _____
       (Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                              Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
| --- |
| **Beich, Walter H. III** |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Walter H. Beich, III**
Signature of Debtor  **Walter H. Beich, III**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**July 24, 2015**
Date

### Signature of Attorney*

X **/s/ DAVID K. WELCH**
Signature of Attorney for Debtor(s)

**DAVID K. WELCH 06183621**
Printed Name of Attorney for Debtor(s)

**Crane, Heyman, Simon, Welch & Clar**
Firm Name

**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**

Address

**312-641-6777  Fax: 312-641-7114**
Telephone Number

**July 24, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

In re    **Walter H. Beich, III**                             ,    Case No. _____

                                            Debtor

# FORM 1. VOLUNTARY PETITION
## <u>Pending Bankruptcy Cases Filed Attachment</u>

| <u>Name of Debtor / District</u> | <u>Case No. / Relationship</u> | <u>Date Filed / Judge</u> |
|---|---|---|
| **Frankfort Pharmacy Inc.** | **14-39404** | **10/30/14** |
| **North District of Illinois** | **Owner of Affiliate Debtors** | **Bruce W. Black** |
| **Lockport Pharmacy, Inc. d/b/a  Corwin Pharmacy** | **14-39396** | **10/30/14** |
| **Northern District of Illinois** | **Owner of Affiliate Debtors** | **Bruce W. Black** |

B1 (Official Form 1)(04/13)                                                                                                          Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
|---|
| **Beich, Walter H. III** |

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X ___*Walter H. Beich III*___
Signature of Debtor **Walter H. Beich, III**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**July 24, 2015**
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Attorney*

X ___*[signature]*___
Signature of Attorney for Debtor(s)

**DAVID K. WELCH 06183621**
Printed Name of Attorney for Debtor(s)

**Crane, Heyman, Simon, Welch & Clar**
Firm Name

**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**

Address

**312-641-6777  Fax: 312-641-7114**
Telephone Number

**July 24, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Walter H. Beich, III** _____   Case No. _____
                                    Debtor(s)                     Chapter   **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                    Page 2

☐  4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐  Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐  Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐  Active military duty in a military combat zone.

☐  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:     **/s/ Walter H. Beich, III**
                                          **Walter H. Beich, III**

Date:     **July 24, 2015**

Certificate Number: 02645-ILN-CC-025919145



02645-ILN-CC-025919145

# CERTIFICATE OF COUNSELING

I CERTIFY that on July 22, 2015, at 2:15 o'clock PM EDT, Walter  H Beich received from 123  Credit Counselors, Inc, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the Northern District of Illinois, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:   July 22, 2015                        By:      /s/Cary Hernandez

Name:   Cary Hernandez

Title:   Certified Credit Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.

☐  4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.]* *[Must be accompanied by a motion for determination by the court.]*

☐  Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐  Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐  Active military duty in a military combat zone.

☐  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   *Walter H. Beich III*
                              **Walter H. Beich, III**

Date:   **July 24, 2015**

B6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Walter H. Beich, III**                           ,      Case No. _____

Debtor

Chapter _____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 700,000.00 | | |
| B - Personal Property | Yes | 4 | 16,179.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 842,282.37 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 4 | | 367,133.16 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 32 | | 2,155,738.62 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 1,850.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 1,390.00 |
| Total Number of Sheets of ALL Schedules | | 50 | | | |
| Total Assets | | | 716,179.00 | | |
| Total Liabilities | | | | 3,365,154.15 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Walter H. Beich, III**                                                          ,     Case No. _____

                                                    Debtor

                                                                                Chapter_____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re   **Walter H. Beich, III**

                              **Debtor**,       Case No. _____

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **17100 S. Parker Road**<br>**Homer Glen, IL 60491**<br><br>**\*Foreclosure Judgment Entered** | **\*Judgment of foreclosure entered in favor of Standard Bank. Foreclosure sale pending.** | - | **700,000.00** | **842,282.37** |

|  |  |  |
|---|---|---|
| Sub-Total > | **700,000.00** | (Total of this page) |
| Total > | **700,000.00** |  |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re  **Walter H. Beich, III**                                                    ,    Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash on Hand** | - | 59.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **PNC Bank**<br>**Checking Acct Ending in 5639** | - | 20.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Ordinary used household goods, 9 rooms of used furniture and used appliances (over 15yrs old).** | - | 1,500.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Various Books and DVD's**<br>**100 stamps (from deceased mother)**<br>**4 - 2001 silver coins**<br>**30 framed pictures** | - | 1,200.00 |
| 6. Wearing apparel. | | **Necessary wearing apparel** | - | 0.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >    2,779.00
(Total of this page)

_**3**_ continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Walter H. Beich, III**                                                    ,          Case No. _____
                                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Marshall Holdings International** | **-** | **0.00** |
| 14. Interests in partnerships or joint ventures. Itemize. | | **Midwest Thunder LLC** | **-** | **0.00** |
| | | **Lockport Pharmacy, Inc. (Company in Ch. 7 Bankruptcy)** | **-** | **0.00** |
| | | **Frankfort Pharmacy Inc. (Company in Ch.7 Bankruptcy)** | **-** | **0.00** |
| | | **E-Z Life LLC** | **-** | **0.00** |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

Sub-Total >                              **0.00**
(Total of this page)

Sheet   **1**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Walter H. Beich, III**                                                                      ,          Case No. _____
                                                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Pharmacist License in Illinois.** | - | 0.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2007 GMC Yukon Denali** | - | 13,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | **4 dogs (2 shitzus) (1 Black Lab) (1 Terrier)** | - | 400.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

Sub-Total >          13,400.00
(Total of this page)

Sheet __2__ of __3__  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Walter H. Beich, III**                                                          ,    Case No. _____
                                                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | | **Time Share**<br>**Celebrity Resorts Orlando, Kissimmee, Florida**<br>**One Week Annually** | J | **Unknown** |
| | | **Time Share**<br>**Crystal Beach Suites & Health Club, Miami Beach, Florida**<br>**One Week Annually** | J | **Unknown** |
| | | **Time Share**<br>**Islander Beach Resort, New Smyrna Beach, Florida**<br>**One Week Annually** | J | **Unknown** |
| | | **Time Share**<br>**Siesta Sands Beach Resort, Sarasota, Florida**<br>**One Week Annually** | J | **Unknown** |
| | | **Time Share**<br>**Westgate Branson Lakes**<br>**Hollister, MO**<br>**One Week Annually** | J | **Unknown** |
| | | **Time Share**<br>**Real Club Resort**<br>**Cancun Mexico**<br>**One Week Annually** | J | **Unknown** |

Sub-Total >          **0.00**
(Total of this page)

Total >          **16,179.00**

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

B6C (Official Form 6C) (4/13)

.

In re    **Walter H. Beich, III**                                                    ,    Case No. _____

                                             Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:    ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                    $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                              *with respect to cases commenced on or after the date of adjustment.)*
☑ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **17100 S. Parker Road** | **735 ILCS 5/12-901** | **15,000.00** | **700,000.00** |
| **Homer Glen, IL 60491** | | | |
| | | | |
| **\*Foreclosure Judgment Entered** | | | |
| | | | |
| **Household Goods and Furnishings** | | | |
| **Ordinary used household goods, 9 rooms of** | **735 ILCS 5/12-1001(b)** | **1,500.00** | **1,500.00** |
| **used furniture and used appliances (over 15yrs** | | | |
| **old).** | | | |
| | | | |
| **Wearing Apparel** | | | |
| **Necessary wearing apparel** | **735 ILCS 5/12-1001(a)** | **100%** | **0.00** |
| | | | |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2007 GMC Yukon Denali** | **735 ILCS 5/12-1001(c)** | **2,400.00** | **13,000.00** |
| | **735 ILCS 5/12-1001(b)** | **2,500.00** | |

|  | Total: | **21,400.00** | **714,500.00** |
|---|---|---|---|

__0__   continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    **Walter H. Beich, III**                                           , Case No. _____
                                     Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | **17100 S. Parker Road** **Homer Glen, IL 60491** | | | | | |
| **Standard Bank** **7800 W. 95th Street** **Hickory Hills, IL 60457** | | - | **\*Foreclosure Judgment Entered** | | | | | |
| | | | Value $                **700,000.00** | | | | 842,282.37 | 0.00 |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

| | | |
|---|---|---|
| **0**   continuation sheets attached | Subtotal (Total of this page) | 842,282.37 | 0.00 |
| | Total (Report on Summary of Schedules) | 842,282.37 | 0.00 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

B6E (Official Form 6E) (4/13)

.

In re    **Walter H. Beich, III**                                                                                    ,    Case No. _____
                                                                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

__3__ continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re    **Walter H. Beich, III** _____,    Case No. _____
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | | |
| **Account No.** | | | | 1st Qtr 2014 and 2013 Lockport Pharmacy Inc. debt | | | | | | |
| **Illinois Department of Employment Security 33 S. State, 10th Fl. Chicago, IL 60603-2802** | - | | | | | | | | 0.00 | |
| | | | | | | | | 6,570.50 | | 6,570.50 |
| **Account No.** | | | | Personal taxes for 2012 | | | | | | |
| **Illinois Department of Revenue 100 W. Randolph St. Legal Services M/C 7-900 Chicago, IL 60601** | - | | | | | | | | Unknown | |
| | | | | | | | | Unknown | | 0.00 |
| **Account No.** | | | | Personal taxes for 2013 | | | | | | |
| **Illinois Department of Revenue 100 W. Randolph St. Legal Services M/C 7-900 Chicago, IL 60601** | - | | | | | | | | Unknown | |
| | | | | | | | | Unknown | | 0.00 |
| **Account No.** | | | | Personal taxes for 2014 | | | | | | |
| **Illinois Department of Revenue 100 W. Randolph St. Legal Services M/C 7-900 Chicago, IL 60601** | - | | | | | | | | Unknown | |
| | | | | | | | | Unknown | | 0.00 |
| **Account No.** | | | | Personal taxes for 2015 | | | | | | |
| **Illinois Department of Revenue 100 W. Randolph St. Legal Services M/C 7-900 Chicago, IL 60601** | - | | | | | | | | Unknown | |
| | | | | | | | | Unknown | | 0.00 |

Sheet __1__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 | |
|---|---|---|---|
| | (Total of this page) | 6,570.50 | 6,570.50 |

Best Case Bankruptcy

B6E (Official Form 6E) (4/13) - Cont.

In re      **Walter H. Beich, III**                                                  ,      Case No. _____
_____
                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Sales Tax through 8/31/14 for Lockport Pharmacy Inc. | | | | | | |
| **Illinois Department of Revenue 100 W. Randolph St. Legal Services M/C 7-900 Chicago, IL 60601** | - | | | | | | **57,028.25** | **0.00** | **57,028.25** |
| Account No. | | | Period: August 31, 2013 through August 31, 2014 -- Sales Tax Frankfort Pharmacy Inc. debt | | | | | | |
| **Illinois Department of Revenue 100 W. Randolph St. Legal Services M/C 7-900 Chicago, IL 60601** | - | | | | | | **1,958.34** | **0.00** | **1,958.34** |
| Account No. | | | | | | | | | |
| **Internal Revenue Service Cincinnati, OH 45999-0025** | - | | | | | | **Unknown** | **Unknown** | **0.00** |
| Account No. | | | Comp tax annual 75.27 Comp tax quarterly 3d - 1283.96 Lockport Pharmacy Inc. debt | | | | | | |
| **Internal Revenue Service Cincinnati, OH 45999-0025** | - | | | | | | **1,359.19** | **0.00** | **1,359.19** |
| Account No. | | | Locport Pharmacy Inc. debt | | | | | | |
| **Internal Revenue Service Cincinnati, OH 45999-0025** | - | | | | | | **300,000.00** | **0.00** | **300,000.00** |

Sheet __2__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | **0.00** | |
| (Total of this page) | **360,345.78** | **360,345.78** |

B6E (Official Form 6E) (4/13) - Cont.

In re   **Walter H. Beich, III**
_____,    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY — AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **Internal Revenue Service Cincinnati, OH 45999-0025** | - | | **Lockport Pharmacy Inc. Debt** | | | | 216.88 | 0.00 216.88 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet __3__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 216.88 | 0.00 216.88 |
| Total (Report on Summary of Schedules) | 367,133.16 | 0.00 367,133.16 |

B6F (Official Form 6F) (12/07)

In re    **Walter H. Beich, III**                                      ,    Case No. _____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | JC | | | | | |
| Account No. **21st Century Formulations 9663 Santa Monica Blvd., Suite 860 Beverly Hills, CA 90210** | - | | | | This is a corporate obligation to either Lockport Pharmacy, Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation. | | | | 104.84 |
| Account No. **22nd Century Media LLC 11516 West 183rd St. Office Condo #3 Unit SW Orland Park, IL 60467** | - | | | | This is a corporate obligation to either Lockport Pharmacy, Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation. | | | | 2,879.27 |
| Account No. **Accounting Pros PO Box 188 Highland Park, IL 60035** | - | | | | This is a corporate obligation to either Lockport Pharmacy, Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation. | | | | 5,470.00 |
| Account No. **Accounting Pros PO Box 110 Highland Park, IL 60035** | - | | | | This is a corporate obligation to either Lockport Pharmacy, Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation. | | | | 1,770.00 |

__31__ continuation sheets attached

Subtotal
(Total of this page)                      10,224.11

B6F (Official Form 6F) (12/07) - Cont.

In re    **Walter H. Beich, III**                                          ,    Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Advantage Leasing 13400 Bishops Lane Suite 280 Brookfield, WI 53005** | - | | | | | | 21,220.00 |
| Account No. | | | | | | | |
| **Ally PO Box 380902 Bloomington, MN 55438** | - | | | | | | 5,400.74 |
| Account No. | | | | | | | |
| **American Credit Systems 400 W. Lake St. PO Box 72849 Roselle, IL 60172** | - | | This is a corporate obligation to either Lockport Pharmacy, Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation. | | | | 138,985.04 |
| Account No. | | | | | | | |
| **American Express United Recovery Systems Houston, TX 77272** | - | | This is a corporate obligation of either Lockport Pharmacy Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation. | | | | 2,248.83 |
| Account No. | | | | | | | |
| **Ana Genericics 2915 Weston Rd. Fort Lauderdale, FL 33331** | - | | This is a corporate obligation to either Lockport Pharmacy, Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation. | | | | 39,719.67 |

Sheet no. __1__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

207,574.28

B6F (Official Form 6F) (12/07) - Cont.

In re  **Walter H. Beich, III**                                    ,        Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Anda**<br>**3000 Alt. Blvd.**<br>**Grand Island, NY 14072** | - | | **This is a corporate obligation of either Lockport Pharmacy Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation.** | | | | **26,422.14** |
| Account No. **xxxxxx3733**<br>**AT&T**<br>**PO Box 5093**<br>**Carol Stream, IL 60197** | - | | | | | | **1,577.14** |
| Account No. **xxxxxxxx5601**<br>**AT&T**<br>**PO Box 5880**<br>**Carol Stream, IL 60197** | - | | | | | | **432.61** |
| Account No.<br>**AT&T**<br>**P.O. Box 5080**<br>**Carol Stream, IL 60197** | - | | **This is a corporate obligation of either Lockport Pharmacy Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation.** | | | | **1,440.56** |
| Account No. **xxxxxx xx 1109**<br>**AT&T**<br>**PO Box 5080**<br>**Carol Stream, IL 60197** | - | | **This is a corporate obligation to either Lockport Pharmacy, Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation.** | | | | **241.70** |

Sheet no. __2__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **30,114.15**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Walter H. Beich, III**                                           ,        Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx xx 690 5**  <br><br>**AT&T**<br>**PO Box 5080**<br>**Carol Stream, IL 60197** | - | | This is a corporate obligation to either Lockport Pharmacy, Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation. | | | | 520.75 |
| Account No.  <br><br>**Avsec Printing**<br>**825 Plainfield Rd.**<br>**Joliet, IL 60435** | - | | This is a corporate obligation of either Lockport Pharmacy Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation. | | | | 409.85 |
| Account No.  <br><br>**Bell LIfestyle Products**<br>**07090 68th St.**<br>**South Haven, MI 49090** | - | | This is a corporate obligation of either Lockport Pharmacy Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation. | | | | 435.81 |
| Account No.  <br><br>**Blue Cross Bule Shield**<br>**25550 Network Place**<br>**Chicago, IL 60673** | - | | This is a corporate obligation of either Lockport Pharmacy Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation. | | | | 11,684.16 |
| Account No.  <br><br>**BR Data**<br>**715 Pinelawn Rd., Suite 305**<br>**Melville, NY 11747** | - | | This is a corporate obligation of either Lockport Pharmacy Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation. | | | | 730.50 |

Sheet no. __3___ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

13,781.07

B6F (Official Form 6F) (12/07) - Cont.

In re     **Walter H. Beich, III**                                                              ,     Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Broida and Nichele Ltd.**<br>**Attorneys at Law**<br>**Suite 108**<br>**Naperville, IL 60563** | - | | | This is a corporate obligation of either Lockport Pharmacy Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation. | | | | 1,288.00 |
| Account No.<br><br>**Campbell Hightower & Adams**<br>**4645 S. Lakeshore Dr., Suite 11**<br>**Tempe, AZ 85282** | - | | | | | | | 4,764.43 |
| Account No. **xxxxxx xx 2383**<br><br>**Capital One**<br>**P.O. Box 70886**<br>**Charlotte, NC 28272** | - | | | 2-15-15 | | | | 8,003.24 |
| Account No.<br><br>**Cardinal Health**<br>**7000 Cardinal Place**<br>**Dublin, OH 43017** | X - | | | Guarantees of debts due from Lockport Pharmacy Inc. and Frankfort Pharmacy Inc. | | | | 276,701.23 |
| Account No.<br><br>**Carl Buck**<br>**Rathbun Cservenyak & Kozol**<br>**3260 Executive Dr.**<br>**Joliet, IL 60431** | - | | | This is a corporate obligation of either Lockport Pharmacy Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation. | | | | Unknown |

Sheet no. __4__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

290,756.90

B6F (Official Form 6F) (12/07) - Cont.

In re    **Walter H. Beich, III**                                                                          ,     Case No. _____
                                                                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Citi Business Card<br>1500 Boltonfield St.<br>Columbus, OH 43228** | - | | **This is a corporate obligation of either Lockport Pharmacy Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation.** | | | | 1,560.97 |
| Account No. **xxxxxx xx 7951**<br><br>**Citi Card<br>Processing Center<br>Des Moines, IA 50363** | - | | 12-10-14 | | | | 7,686.88 |
| Account No. <br><br>**Cloverleaf Farms<br>13835 South Kostner<br>Bridgeview, IL 60455** | - | | **This is a corporate obligation of either Lockport Pharmacy Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation.** | | | | 511.00 |
| Account No. <br><br>**CNA Surety Direct Bill<br>PO Box 957312<br>Saint Louis, MO 63195-7312** | - | | **This is a corporate obligation of either Lockport Pharmacy Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation.** | | | | 250.00 |
| Account No. **xxxxxx7025**<br><br>**ComEd<br>PO Box 6111<br>Carol Stream, IL** | - | | | | | | 5,008.10 |

Sheet no. __5___ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 **15,016.95**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Walter H. Beich, III**                                          ,        Case No. _____
                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**ComEd**<br>**Payment Processing Center**<br>**Saint Paul, MN 55126** | - | | This is a corporate obligation of either Lockport Pharmacy Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation. | | | | 1,283.19 |
| Account No. **xxxxxx3690**<br><br>**Constellation**<br>**14217 Collections Dr.**<br>**Chicago, IL 60693** | - | | | | | | 5,014.53 |
| Account No.<br><br>**Constellation An Execelon Company**<br>**14217 Collections Center Dr.**<br>**Chicago, IL 60693** | - | | This is a corporate obligation of either Lockport Pharmacy Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation. | | | | 4,399.88 |
| Account No.<br><br>**Cross Point Sales**<br>**3158 S. State St.**<br>**Lockport, IL 60441** | - | | This is a corporate obligation of either Lockport Pharmacy Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation. | | | | 2,126.00 |
| Account No.<br><br>**Crystal Beach Suites**<br>**P.O. Box 3273**<br>**Orlando, FL 32802** | X - | | 1-20-15 | | | | 3,169.09 |

Sheet no. __6__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

15,992.69

B6F (Official Form 6F) (12/07) - Cont.

In re    **Walter H. Beich, III**                                                                    ,    Case No. _____
                                                                        **Debtor**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Daniel Spilotro** <br> **Spilotro Law Group, LLC** <br> **2551 N. Clark St., Suite 405** <br> **Chicago, IL 60614** | - | | This is a corporate obligation of either Lockport Pharmacy Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation. | | | | **Unknown** |
| Account No. <br><br> **David Clark** <br> **Law Office of David W. Clark** <br> **207 N. Washington St.** <br> **Wheaton, IL 60187** | - | | This is a corporate obligation of either Lockport Pharmacy Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation. | | | | **Unknown** |
| Account No. <br><br> **Dearborn Wholesale Grocers** <br> **4525 W. Madison St.** <br> **Chicago, IL 60624** | - | | This is a corporate obligation of either Lockport Pharmacy Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation. | | | | **24,139.13** |
| Account No. <br><br> **Dennis Porick** <br> **Dennis B. Porick Ltd.** <br> **63 W. Jefferson St., Suite 100** <br> **Joliet, IL 60432** | - | | This is a corporate obligation of either Lockport Pharmacy Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation. | | | | **Unknown** |
| Account No. <br><br> **Des Plaines Office Equipment** <br> **1020 Bonavenutre** <br> **Elk Grove Village, IL 60007** | - | | This is a corporate obligation of either Lockport Pharmacy Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation. | | | | **2,086.48** |

Sheet no. __7__ of __31__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **26,225.61**

B6F (Official Form 6F) (12/07) - Cont.

In re __Walter H. Beich, III__ ,                                Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Dex**<br>**8501 West 137th St.**<br>**Overland Park, KS 66223** | - | | This is a corporate obligation of either Lockport Pharmacy Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation. | | | | 43,866.66 |
| Account No.<br><br>**Dr. Comfort**<br>**10300 N. Enterprise Dr.**<br>**Thiensville, WI 53092** | - | | This is a corporate obligation of either Lockport Pharmacy Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation. | | | | 536.79 |
| Account No.<br><br>**Drug Package Inc.**<br>**901 Drug Package Land**<br>**O Fallon, MO 63366** | - | | This is a corporate obligation of either Lockport Pharmacy Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation. | | | | 1,568.25 |
| Account No.<br><br>**Dystrup, Hoster and Jarot**<br>**822 129th Infantry Dr.**<br>**Joliet, IL 60435** | - | | This is a corporate obligation of either Lockport Pharmacy Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation. | | | | 700.00 |
| Account No.<br><br>**E.F. Bavis Associates Inc.**<br>**201 Grandin Rd.**<br>**Maineville, OH 45039** | - | | This is a corporate obligation of either Lockport Pharmacy Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation. | | | | 14,412.00 |

Sheet no. __8__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          61,083.70

B6F (Official Form 6F) (12/07) - Cont.

In re    **Walter H. Beich, III**                                                        ,    Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Ed Anderson**<br>**Chuck Bretz & Associates**<br>**58 N. Chicago Ave., 2nd Fl.**<br>**Joliet, IL 60432** | - | | **This is a corporate obligation of either Lockport Pharmacy Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation.** | | | | **Unknown** |
| Account No.<br><br>**Edward T. Anderson**<br>**Chuck Bretz & Assoc., PC**<br>**58 N. Chicago, St., 2nd Fl**<br>**Joliet, IL 60432** | - | | **This is a corporate obligation to either Lockport Pharmacy, Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation.** | | | | **Unknown** |
| Account No.<br><br>**Emdeon**<br>**PO Box 572490**<br>**Salt Lake City, UT 84157** | - | | **This is a corporate obligation of either Lockport Pharmacy Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation.** | | | | **116.80** |
| Account No.<br><br>**Enhanced Recovery Co.**<br>**P.O. Box 23870**<br>**Jacksonville, FL 32241** | - | | 2-18-15<br>Sprint | | | | **1,035.90** |
| Account No.<br><br>**Fabric Traditions**<br>**519 8th Ave., 19th Floor**<br>**New York, NY 10018** | - | | **This is a corporate obligation of either Lockport Pharmacy Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation.** | | | | **195.68** |

Sheet no. __**9**__ of __**31**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,348.38**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Walter H. Beich, III**  _____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **Fed Ex** <br> **PO Box 94515** <br> **Palatine, IL 60094** | - | | | This is a corporate obligation of either Lockport Pharmacy Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation. | | | | 110.34 |
| Account No. <br><br> **First Tech Utility** <br> **1 North Brentwood, Suite 500** <br> **Saint Louis, MO 63105** | - | | | This is a corporate obligation of either Lockport Pharmacy Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation. | | | | 7,859.88 |
| Account No. <br><br> **Forest Alarm** <br> **1867 S. Washington St.** <br> **Suite 110** <br> **Naperville, IL 60565** | - | | | This is a corporate obligation to either Lockport Pharmacy, Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation. | | | | 126.00 |
| Account No. <br><br> **Forest Alarm Services, Inc.** <br> **1807 S. Washington St.** <br> **Naperville, IL 60565** | - | | | This is a corporate obligation of either Lockport Pharmacy Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation. | | | | 261.00 |
| Account No. <br><br> **Fox Valley Fire & Safety** <br> **2730 Pinnacle Drive** <br> **Elgin, IL 60124** | - | | | This is a corporate obligation of either Lockport Pharmacy Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation. | | | | 4,877.96 |

Sheet no. __10__ of __31__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

13,235.18

B6F (Official Form 6F) (12/07) - Cont.

In re  **Walter H. Beich, III** _____ ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Frito Lay**<br>**75 Remittance Dr., Suite 1217**<br>**Chicago, IL 60675** | - | | **This is a corporate obligation of either Lockport Pharmacy Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation.** | | | | 298.63 |
| Account No.<br><br>**Global Credit Collection**<br>**5440 N. Cumberland**<br>**Suite 300**<br>**Chicago, IL 60656** | - | | **1-10-15** | | | | 18,093.95 |
| Account No.<br><br>**Home City Ice**<br>**1125 International Parkway**<br>**Woodridge, IL 60517** | - | | **This is a corporate obligation of either Lockport Pharmacy Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation.** | | | | 185.00 |
| Account No.<br><br>**Home Pages**<br>**915 E. Lincoln Way Hwy.**<br>**PO Box 801**<br>**DeKalb, IL 60115** | - | | **This is a corporate obligation of either Lockport Pharmacy Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation.** | | | | 768.00 |
| Account No.<br><br>**Hudson Energy**<br>**24919 Network Place**<br>**Chicago, IL 60673** | - | | **This is a corporate obligation of either Lockport Pharmacy Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation.** | | | | 2,000.00 |

Sheet no. __11__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

21,345.58

B6F (Official Form 6F) (12/07) - Cont.

In re    **Walter H. Beich, III** _____ ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Humana Prescription Ntwk Operations**<br>**003/73266**<br>**325 W. Main St. WFP 6W**<br>**Louisville, KY 40202** | - | | This is a corporate obligation of either Lockport Pharmacy Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation. | | | | 4,137.80 |
| Account No.<br><br>**Illinois State Lottery**<br>**P.O. Box 19080**<br>**Springfield, IL 62794** | - | | 2-9-15 | | | | 77,530.84 |
| Account No.<br><br>**Illinois State Lottery**<br>**PO Box 19080**<br>**Springfield, IL 62794** | - | | This is a corporate obligation of either Lockport Pharmacy Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation. | | | | 67,464.48 |
| Account No.<br><br>**IMS**<br>**6201 W. Howard., Suite 100**<br>**Niles, IL 60714** | - | | This is a corporate obligation of either Lockport Pharmacy Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation. | | | | 19,755.96 |
| Account No.<br><br>**Incomm**<br>**250 Williams Street**<br>**5th Fl., Suite 5-2002**<br>**Atlanta, GA 30303** | - | | This is a corporate obligation of either Lockport Pharmacy Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation. | | | | 1,708.15 |

Sheet no. __12__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

170,597.23

B6F (Official Form 6F) (12/07) - Cont.

In re    **Walter H. Beich, III**                                                                        ,     Case No. _____

                                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. <br><br>**Independence Medical**<br>**PO Box 635864**<br>**Cincinnati, OH 45263-5864** | - | | | | **This is a corporate obligation of either Lockport Pharmacy Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation.** | | | | **1,822.94** |
| Account No. <br><br>**Islander Beach Resort**<br>**1601 S. Atlantic Ave.**<br>**New Smyrna Beach, FL 32169** | - | | | | **2-19-15** | | | | **1,645.82** |
| Account No. <br><br>**Jay Levy**<br>**Jay K. Levy & Associates**<br>**PO Box 1181**<br>**Evanston, IL 60201-1181** | - | | | | **This is a corporate obligation of either Lockport Pharmacy Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation.** | | | | **Unknown** |
| Account No. <br><br>**Jigsaw Solutions**<br>**1296 Lakeview Dr.**<br>**Romeoville, IL 60446** | - | | | | **This is a corporate obligation of either Lockport Pharmacy Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation.** | | | | **845.06** |
| Account No. <br><br>**JR Distributions**<br>**1000 Crossroads Parkway**<br>**Bolingbrook, IL 60490** | - | | | | **This is a corporate obligation of either Lockport Pharmacy Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation.** | | | | **110.96** |

Sheet no. __**13**__ of __**31**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**4,424.78**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Walter H. Beich, III** _____,     Case No. _____

                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C (Husband, Wife, Joint, or Community) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**JRS Ventures**<br>**37 Elaine Dr.**<br>**O Fallon, MO 63366** | - | | This is a corporate obligation of either Lockport Pharmacy Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation. | | | | 104.47 |
| Account No.<br><br>**JRS Ventures**<br>**37 Elaine Dr.**<br>**O Fallon, MO 63366** | - | | This is a corporate obligation of either Lockport Pharmacy Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation. | | | | 333.70 |
| Account No.<br><br>**Lagnappe Pharmacy Services**<br>**PO Box 637946**<br>**Cincinnati, OH 45263** | - | | This is a corporate obligation to either Lockport Pharmacy, Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation. | | | | 4,695.47 |
| Account No.<br><br>**Lagniappe**<br>**PO Box 637946**<br>**Cincinnati, OH 45263-7946** | - | | This is a corporate obligation of either Lockport Pharmacy Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation. | | | | 5,548.85 |
| Account No.<br><br>**Larry Wolfe**<br>**9933 Lawler Ave.**<br>**Suite 105**<br>**Skokie, IL 60077** | - | | 2-4-15 | | | | 11,085.91 |

Sheet no. __14__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

              Subtotal
        (Total of this page)      **21,768.40**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Walter H. Beich, III** _____ ,  Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Larry Wolfe**<br>**9933 Lawler Ave.**<br>**Skokie, IL 60077** | - | | | This is a corporate obligation of either Lockport Pharmacy Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation. | | | | 8,308.39 |
| Account No.<br><br>**Lease Finance Group**<br>**P.O. Box 7861**<br>**New York, NY 10116** | - | | | 2-11-15 | | | | 1,278.87 |
| Account No.<br><br>**Lease Finance Group**<br>**65 E. Wacker Pl., Suite 510**<br>**Chicago, IL 60601** | - | | | This is a corporate obligation of either Lockport Pharmacy Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation. | | | | 1,180.75 |
| Account No. **855A**<br><br>**Lease Finance Group**<br>**65 E. Wacker Pl., Suite 510**<br>**Chicago, IL 60601** | - | | | This is a corporate obligation of either Lockport Pharmacy Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation. | | | | 1,246.35 |
| Account No. **xxxxx #xxxx855A**<br><br>**LFG (Leaf Finance Group)**<br>**P.O. Box 7861**<br>**New York, NY 10116** | - | | | | | | | 1,313.05 |

Sheet no. __**15**__ of __**31**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

13,327.41

B6F (Official Form 6F) (12/07) - Cont.

In re    **Walter H. Beich, III**                                                            , Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx xx 3136** | | | **11-14-14** | | | | |
| **LID Financial Services** **7322 S. W. Freeway** **Suite 1600** **Houston, TX 77074** | - | | | | | | **1,560.97** |
| Account No. | | | **This is a corporate obligation of either Lockport Pharmacy Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation.** | | | | |
| **Lockport Chambers of Commerce** **921 S. State St.** **Lockport, IL 60441** | - | | | | | | **200.00** |
| Account No. | | | **This is a corporate obligation of either Lockport Pharmacy Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation.** | | | | |
| **Lockport Plaza Assc., LLC** **Carl Buck Rathbun Cservenyak et al.** **3260 Executive Dr.** **Joliet, IL 60431** | X - | | | | | | **Unknown** |
| Account No. | | | **Guarantee business lease for Lockport Pharmacy Inc.** | | | | |
| **Lockport Plaza Assoc.** **c/o Carl Buck** **24201 W. Main St.** **Plainfield, IL 60544** | - | | | | | | **Unknown** |
| Account No. | | | **This is a corporate obligation of either Lockport Pharmacy Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation.** | | | | |
| **M & M New's Agency** **342 N. 30th Road** **La Salle, IL 61301** | - | | | | | | **9,262.18** |

Sheet no. __**16**__ of __**31**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **11,023.15**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Walter H. Beich, III**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Masters Pahrmaceutical<br>PO Box 713769<br>Cincinnati, OH 45271-3769** | - | | **This is a corporate obligation of either Lockport Pharmacy Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation.** | | | | 491.08 |
| Account No. <br><br> **Masters Pharmaceutical<br>Teller LEvit & Silvertrust<br>195 S. LaSalle St., Suite 701<br>Chicago, IL 60603** | | | **3-12-15<br>Court No. 14SC-6951** | | | | 7,781.83 |
| Account No. <br><br> **Matrix<br>110 Tices Lane<br>Building A, Unit 5 B<br>East Brunswick, NJ 08816** | - | | **This is a corporate obligation of either Lockport Pharmacy Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation.** | | | | 352.34 |
| Account No. <br><br> **Maury Cobb<br>Attorney at Law<br>600 Beacon Parkway, West 300B<br>Birmingham, AL 35209-3120** | | | **This is a corporate obligation of either Lockport Pharmacy Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation.** | | | | 1,708.15 |
| Account No. <br><br> **McCarthy Burgess & Wolfe<br>26000 Cannon Rd.<br>Bedford, OH 44146** | - | | **This is a corporate obligation of either Lockport Pharmacy Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation.** | | | | 1,822.94 |

Sheet no. __17__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

12,156.34

B6F (Official Form 6F) (12/07) - Cont.

In re  **Walter H. Beich, III**                                                      ,        Case No. _____
                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Medical Screening Services, Inc.** <br> **5727 West Howard St.** <br> **Niles, IL 60714-4070** | - | | **This is a corporate obligation of either Lockport Pharmacy Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation.** | | | | 632.00 |
| Account No. <br><br> **Medical Security Card Company** <br> **PO Box 800** <br> **City of Industry, CA 91716-8063** | - | | **This is a corporate obligation of either Lockport Pharmacy Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation.** | | | | 174.00 |
| Account No. <br><br> **Mercedes-Benz** <br> **1305 Corporate Center Dr.** <br> **Saint Paul, MN 55121** | - | | **Will County Case** <br> **Case No. 15AR31** | | | | 24,343.00 |
| Account No. <br><br> **Mercedez Benz Financial** <br> **Attention Lock Box Dept.** <br> **36455 Corporate Drive** <br> **Farmington, MI 48331** | - | | **This is a corporate obligation of either Lockport Pharmacy Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation.** | | | | Unknown |
| Account No. **3645** <br><br> **Nationwide Credit Inc.** <br> **P.O. Box 26314** <br> **Lehigh Valley, PA 18002** | - | | **3-12-15** | | | | 2,166.24 |

Sheet no. __18__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

27,315.24

B6F (Official Form 6F) (12/07) - Cont.

In re    **Walter H. Beich, III**                                                    ,    Case No. _____
                                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **NCS** <br> **729 Miner Rd.** <br> **Cleveland, OH 44143** | - | | This is a corporate obligation to either Lockport Pharmacy, Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation. | | | | 5,428.56 |
| Account No. <br><br> **New A.D.E. Inc.** <br> **49 Garfield St.** <br> **Holyoke, MA 01040** | - | | This is a corporate obligation of either Lockport Pharmacy Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation. | | | | 500.00 |
| Account No. <br><br> **Nicor Gas** <br> **PO Box 5407** <br> **Carol Stream, IL 60197-5407** | - | | This is a corporate obligation of either Lockport Pharmacy Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation. | | | | 5,434.33 |
| Account No. <br><br> **NuWay Disposal** <br> **17726 Oak Park Ave., #1** <br> **Chicgo, IL 60495** | - | | This is a corporate obligation of either Lockport Pharmacy Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation. | | | | 450.00 |
| Account No. <br><br> **Oregon Mint Snuff Company** <br> **14155 SW Business Circle Rd.** <br> **Terrebonne, OR 97760-7892** | - | | This is a corporate obligation of either Lockport Pharmacy Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation. | | | | 300.00 |

Sheet no. __19__ of __31__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

12,112.89

B6F (Official Form 6F) (12/07) - Cont.

In re    **Walter H. Beich, III**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | This is a corporate obligation of either Lockport Pharmacy Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation. | | | | |
| Ottosen Britz Lelly Cooper Gilbert & Dinolfo 1804 N. Naper Blvd., Suite 350 Naperville, IL 60563 | - | | | | | | | 2,326.06 |
| Account No. | | | | This is a corporate obligation of either Lockport Pharmacy Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation. | | | | |
| Package Express Centers PO Box 178 Greeneville, TN 37744 | - | | | | | | | 35.31 |
| Account No. | | | | This is a corporate obligation of either Lockport Pharmacy Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation. | | | | |
| Pepperidge Farm 230 2nd St. Downers Grove, IL 60515-5282 | - | | | | | | | 464.95 |
| Account No. | | | | This is a corporate obligation of either Lockport Pharmacy Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation. | | | | |
| Pepsi 1400 W. 35th St. Chicago, IL 60609 | - | | | | | | | 527.85 |
| Account No. | | | | This is a corporate obligation of either Lockport Pharmacy Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation. | | | | |
| Pharmaceutical Returns Services 110 Oak St. North Aurora, IL 60542 | - | | | | | | | 866.32 |

Sheet no. __20__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**4,220.49**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Walter H. Beich, III**                                                    ,    Case No. _____
                                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Pharmacists Mutual**<br>**PO Box 370**<br>**Algona, IA 50511** | - | | This is a corporate obligation to either Lockport Pharmacy, Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation. | | | | 776.50 |
| Account No.<br><br>**Pinnacle Recovery**<br>**P.O. Box 130848**<br>**Carlsbad, CA 92013** | - | | 12-29-14 | | | | 5,492.76 |
| Account No.<br><br>**Precious Moments**<br>**4105 Chapel Rd.**<br>**Carthage, MO 64836** | - | | This is a corporate obligation of either Lockport Pharmacy Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation. | | | | 1,000.00 |
| Account No.<br><br>**Preferred Business Publications**<br>**1938 Lincoln Highway, Suite 219**<br>**New Lenox, IL 60451** | - | | This is a corporate obligation of either Lockport Pharmacy Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation. | | | | 940.00 |
| Account No.<br><br>**Prime Therapeutics**<br>**1305 Corporate Center Dr.**<br>**Saint Paul, MN 55121** | - | | This is a corporate obligation of either Lockport Pharmacy Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation. | | | | 72,790.80 |

Sheet no. __21__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

81,000.06

B6F (Official Form 6F) (12/07) - Cont.

In re    **Walter H. Beich, III**                                                      ,     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | This is a corporate obligation to either Lockport Pharmacy, Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation. | | | | |
| **Prime Therapeutics** **1305 Corporate Center** **Saint Paul, MN 55121** | | - | | | | | | **72,790.80** |
| Account No. | | | | This is a corporate obligation of either Lockport Pharmacy Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation. | | | | |
| **Progressive Inventory Services** **6209 W. Grand Ave.** **Chicago, IL 60639** | | - | | | | | | **1,500.00** |
| Account No. | X | - | | | | | | |
| **Real Club Resorts** **Avenida Bonampak Mza.2, Lote7** **Edificio A, Local A B y C Tercer Pi** **Cancun, ME 77500** | | | | | | | | **3,459.20** |
| Account No. | | | | This is a corporate obligation of either Lockport Pharmacy Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation. | | | | |
| **Reliable Color** **709 Lindsey Lane** **Bolingbrook, IL 60440** | | - | | | | | | **Unknown** |
| Account No. | | | | This is a corporate obligation of either Lockport Pharmacy Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation. | | | | |
| **Retail Date Systems** **1998 Ohio St., Suite 300** **Lisle, IL 60532** | | - | | | | | | **2,545.00** |

Sheet no. __22__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**80,295.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Walter H. Beich, III**                                          , Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Retalix** <br>**6100 Tennyson Parkway** <br>**Suite 130** <br>**Plano, TX 75024** | - | | | This is a corporate obligation of either Lockport Pharmacy Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation. | | | | **1,772.65** |
| Account No. <br><br>**Revenue Assurance Partners** <br>**19399 Helenberg Rd.** <br>**Covington, LA 70433** | - | | | This is a corporate obligation of either Lockport Pharmacy Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation. | | | | **1,923.77** |
| Account No. <br><br>**River City Pharmacy** <br>**PO Box 713774** <br>**Cincinnati, OH 45271-3774** | - | | | This is a corporate obligation of either Lockport Pharmacy Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation. | | | | **5,906.76** |
| Account No. <br><br>**River City Pharmacy** <br>**11930 Kemper Springs Dr.** <br>**Cincinnati, OH 45240** | - | | | This is a corporate obligation to either Lockport Pharmacy, Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation. | | | | **2,925.77** |
| Account No. <br><br>**Royal Publishing** <br>**7620 N. marker Dr.** <br>**Peoria, IL 61615** | - | | | This is a corporate obligation of either Lockport Pharmacy Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation. | | | | **585.00** |

Sheet no. __23__ of __31__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **13,113.95**

B6F (Official Form 6F) (12/07) - Cont.

In re __Walter H. Beich, III_____,          Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**RR Donnelley**<br>**PO Bpx 93514**<br>**Chicago, IL 60673-3514** | - | | This is a corporate obligation of either Lockport Pharmacy Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation. | | | | 1,134.08 |
| Account No. <br><br>**S. Abraham & Sons Inc.**<br>**AG Adjustments**<br>**740 Walt Whitman Rd.**<br>**Melville, NY 11747-9090** | - | | This is a corporate obligation of either Lockport Pharmacy Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation. | | | | 3,910.82 |
| Account No. <br><br>**S. Abraham & Sons, Inc.**<br>**PO Box 1768**<br>**4001 Three Mile Rd., NW**<br>**Grand Rapids, MI 49501-1768** | - | | This is a corporate obligation of either Lockport Pharmacy Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation. | | | | 2,934.97 |
| Account No. <br><br>**Sav-RX Advantage**<br>**224 North Park Ave.**<br>**Fremont, NE 68025** | - | | This is a corporate obligation of either Lockport Pharmacy Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation. | | | | 27.00 |
| Account No. <br><br>**Siesta Sands Beach Resorts**<br>**1001 Point of Rocks Rd.**<br>**Sarasota, FL 34242** | - | | | | | | Unknown |

Sheet no. __24__ of __31__ sheets attached to Schedule of                    Subtotal                8,006.87
Creditors Holding Unsecured Nonpriority Claims                         (Total of this page)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Walter H. Beich, III**                                        ,      Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Snyders of Hanover**<br>**7950 185th St.**<br>**Tinley Park, IL 60477** | - | | This is a corporate obligation of either Lockport Pharmacy Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation. | | | | 563.36 |
| Account No. <br><br> **Special Interest Group**<br>**111 Peerwood Rd., Suite 200**<br>**San Ramon, CA 94583** | - | | This is a corporate obligation of either Lockport Pharmacy Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation. | | | | 125.00 |
| Account No. <br><br> **Spectrio**<br>**4100 Midway Rd, Suite 2115**<br>**Carrollton, TX 75007** | - | | | | | | 391.30 |
| Account No. <br><br> **Sprint**<br>**PO Box 4191**<br>**Carol Stream, IL 60197** | - | | This is a corporate obligation of either Lockport Pharmacy Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation. | | | | 1,100.00 |
| Account No. <br><br> **St. Dennis**<br>**1214 Hamilton St.**<br>**Lockport, IL 60441** | - | | This is a corporate obligation of either Lockport Pharmacy Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation. | | | | 280.00 |

Sheet no. __25__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,459.66

B6F (Official Form 6F) (12/07) - Cont.

In re    **Walter H. Beich, III**                                      ,          Case No. _____
                                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Standard Bank** <br> **7800 W. 95th Street** <br> **Hickory Hills, IL 60457** | X | - | This is a corporate obligation to either Lockport Pharmacy, Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation. | | | | **Unknown** |
| Account No. <br><br> **Staples** <br> **1125 E. Ogden Ave.** <br> **Naperville, IL 60563** | | - | This is a corporate obligation of either Lockport Pharmacy Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation. | | | | **136.19** |
| Account No. <br><br> **Stockwell Greetings Chicago** <br> **7115 West North Ave.** <br> **Oak Park, IL 60302** | | - | This is a corporate obligation of either Lockport Pharmacy Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation. | | | | **418.50** |
| Account No. <br><br> **Suntrust Bank** <br> **PO Box 62047** <br> **Orlando, FL 32862** | X | - | Guarantee of debt due from Lockport Pharmacy Inc. | | | | **765,096.21** |
| Account No. <br><br> **Teller, Levit & Silvertrust PC** <br> **19 S. LaSalle St., Suite 701** <br> **Chicago, IL 60603** | | - | This is a corporate obligation of either Lockport Pharmacy Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation. | | | | **6,675.73** |

Sheet no. __26__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**772,326.63**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Walter H. Beich, III**                                        ,    Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Terrace Supply Company** <br> **710 N. Addison Rd.** <br> **Villa Park, IL 60181** | - | | | This is a corporate obligation of either Lockport Pharmacy Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation. | | | | 427.04 |
| Account No. <br><br> **The Harvard Drug Group** <br> **1821 Reliable Parkway** <br> **Chicago, IL 60686-0001** | - | | | This is a corporate obligation of either Lockport Pharmacy Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation. | | | | 5,427.13 |
| Account No. <br><br> **The Harvard Drug Group** <br> **1821 Reliabe Parkway** <br> **Chicago, IL 60686** | - | | | This is a corporate obligation to either Lockport Pharmacy, Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation. | | | | 16,150.52 |
| Account No. <br><br> **The McCall Pattern Company** <br> **615 McCall Rd.** <br> **Manhattan, KS 66502-5035** | - | | | This is a corporate obligation of either Lockport Pharmacy Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation. | | | | 442.22 |
| Account No. <br><br> **Thomas Gearhart** <br> **Teller, Levit & Silvertrust, PC** <br> **19 South LaSalle St., Suite 701** <br> **Chicago, IL 60603** | - | | | This is a corporate obligation of either Lockport Pharmacy Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation. | | | | 0.00 |

Sheet no. __27__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

22,446.91

B6F (Official Form 6F) (12/07) - Cont.

In re    **Walter H. Beich, III**
_____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx-xxxxxx9228** <br><br> **Top RX** <br> **2950 Brothers Blvd., Suite 101** <br> **Memphis, TN 38133** | - | | | | | | 208.53 |
| Account No. <br><br> **Torf Law Firm** <br> **555 Skokie Blvd., suite 500** <br> **Northbrook, IL 60062** | - | | This is a corporate obligation of either Lockport Pharmacy Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation. | | | | 6,851.66 |
| Account No. <br><br> **Tracy, Johnson & Wilson** <br> **2801 Black Rd. 2nd fl** <br> **Joliet, IL 60435** | - | | This is a corporate obligation of either Lockport Pharmacy Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation. | | | | 3,300.00 |
| Account No. <br><br> **United Delivery Service** <br> **1111 N. Ridge. Rd.** <br> **Lombard, IL 60148** | - | | This is a corporate obligation of either Lockport Pharmacy Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation. | | | | 40.98 |
| Account No. <br><br> **United States Post Office** <br> **National Customer Support Center** <br> **433 W. Harrison St., Suite 2007C** <br> **Chicago, IL 60699-9321** | - | | This is a corporate obligation of either Lockport Pharmacy Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation. | | | | 1,702.17 |

Sheet no. __28__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

12,103.34

B6F (Official Form 6F) (12/07) - Cont.

In re  **Walter H. Beich, III**                                              ,        Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **UPS Freight** <br> **28013 Network Place** <br> **Chicago, IL 60673** | - | | This is a corporate obligation of either Lockport Pharmacy Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation. | | | | 1,542.40 |
| Account No. <br><br> **US Balloon Company** <br> **140 58th St.** <br> **Brooklyn, NY 11209** | - | | This is a corporate obligation of either Lockport Pharmacy Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation. | | | | 42.64 |
| Account No. <br><br> **US Bank Equipment Lease** <br> **1310 Madrid St.** <br> **Marshall, MN 56258** | - | | This is a corporate obligation of either Lockport Pharmacy Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation. | | | | 663.82 |
| Account No. <br><br> **US Gas** <br> **11618 South Mayfield** <br> **Alsip, IL 60803** | - | | This is a corporate obligation of either Lockport Pharmacy Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation. | | | | 792.14 |
| Account No. <br><br> **US Script** <br> **2425 W. Shaw Ave.** <br> **Fresno, CA 93711** | - | | This is a corporate obligation of either Lockport Pharmacy Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation. | | | | 312.20 |

Sheet no. __29__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,353.20

B6F (Official Form 6F) (12/07) - Cont.

In re __Walter H. Beich, III_____,     Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | This is a corporate obligation of either Lockport Pharmacy Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation. | | | | |
| Variety Distributions Inc. 609 7th St. Harlan, IA 51537 | - | | | | | | | 50,515.50 |
| Account No. | | | | This is a corporate obligation of either Lockport Pharmacy Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation. | | | | |
| VIP c/o ANDA 2915 Weston Rd. Fort Lauderdale, FL 33331 | - | | | | | | | 12,787.60 |
| Account No. | | | | This is a corporate obligation of either Lockport Pharmacy Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation. | | | | |
| Waste Management 700 E. Botterfield Rd. 4th Fl. Lombard, IL 60148 | - | | | | | | | 691.95 |
| Account No. | | | | | | | | |
| Westgate Branson Lakes 750 Emerald Pointe Dr. Hollister, MO 65672 | - | | | | | | | Unknown |
| Account No. | | | | This is a corporate obligation of either Lockport Pharmacy Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation. | | | | |
| Windmill Health Products 6 Henderson Dr. Caldwell, NJ 07006 | - | | | | | | | 290.34 |

Sheet no. __30__ of __31__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          64,285.39

B6F (Official Form 6F) (12/07) - Cont.

In re    **Walter H. Beich, III**                                    ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Windmill Health Products**<br>**6 Henderson Dr.**<br>**Caldwell, NJ 07006** | - | | This is a corporate obligation to either Lockport Pharmacy, Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation. | | | | 58.13 |
| Account No.<br><br>**Yelllow Book Sales**<br>**c/o Daniel Spilotro @ Spilotro Law**<br>**2551 N. Clark St., Suite 300**<br>**Chicago, IL 60614** | - | | This is a corporate obligation of either Lockport Pharmacy Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation. | | | | 12,644.95 |
| Account No.<br><br>**Yellowstone**<br>**160 Pearl St.**<br>**New York, NY 10005** | X - | | This is a corporate obligation of either Lockport Pharmacy Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation. | | | | 50,000.00 |
| Account No.<br><br>**Yellowstone**<br>**160 Pear St.**<br>**New York, NY 10005** | - | | | | | | 50,000.00 |
| Account No.<br><br>**Yellowstone**<br>**160 Pear St.**<br>**New York, NY 10005** | - | | This is a corporate obligation to either Lockport Pharmacy, Inc. or Frankfort Pharmacy Inc. for which the debtor does not acknowledge any obligation. | | | | Unknown |

| Sheet no. __31__ of __31__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | | Subtotal<br>(Total of this page) | | 112,703.08 |
|---|---|---|---|---|---|---|---|
| | | | | | Total<br>(Report on Summary of Schedules) | | 2,155,738.62 |

B6G (Official Form 6G) (12/07)

.

In re    **Walter H. Beich, III**                                                    ,    Case No. _____
                                          Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature
of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and
complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts,
state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not
disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Keller Williams Preferred Realty**<br>**16123 S. LaGrange Rd.**<br>**Orland Park, IL 60467** | **Residential Exclusive Right to Sell Marketing Agreement regarding 17100 S. Parker Rd., Homer Glen, Illinois 60491.** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re   **Walter H. Beich, III**                                                                         ,   Case No. _____
                                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Frankfort Pharmacy, Inc.**<br>**d/b/a Corwin Pharmacy**<br>**222 Colorado**<br>**Frankfort, IL 60423** | **Standard Bank**<br>**7800 W. 95th Street**<br>**Hickory Hills, IL 60457** |
| **Frankfort Pharmacy, Inc.**<br>**d/b/a Corwin Pharmacy**<br>**222 Colorado**<br>**Frankfort, IL 60423** | **Yellowstone**<br>**160 Pearl St.**<br>**New York, NY 10005** |
| **Julie Beich (former Spouse)** | **Celebrity Resorts Orlando**<br>**2800 North Poinciana Blvd.**<br>**Kissimmee, FL 34746**<br>  **Time Share** |
| **Julie Beich (former Spouse)** | **Crystal Beach Suites**<br>**P.O. Box 3273**<br>**Orlando, FL 32802**<br>  **Time Share** |
| **Julie Beich (former Spouse)** | **Islander Beach Resort**<br>**1601 S. Atlantic Ave.**<br>**New Smyrna Beach, FL 32169**<br>  **Time Share** |
| **Julie Beich (former Spouse)** | **Siesta Sands Beach Resort**<br>**1001 Point of Rocks Rd.**<br>**Sarasota, FL 34242**<br>  **Time Share** |
| **Julie Beich (former Spouse)** | **Westgate Branson Lakes**<br>**750 Emerald Pointe Drive**<br>**Hollister, MO 65672**<br>  **Time Share** |
| **Julie Beich (former Spouse)** | **Real Club Resorts**<br>**Avenida Bonampak Mza.2, Lote7**<br>**Edificio A, Local A B y C Tercer Pi**<br>**Cancun, ME 77500**<br>  **Time Share** |
| **Lockport Pharmacy, Inc.**<br>**d/b/a Corwin Pharmacy**<br>**954 E. 9th Street**<br>**Lockport, IL 60441** | **Standard Bank**<br>**7800 W. 95th Street**<br>**Hickory Hills, IL 60457** |

1

_____ continuation sheets attached to Schedule of Codebtors

In re    **Walter H. Beich, III**                                                ,    Case No. _____

                                   Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Lockport Pharmacy, Inc.**<br>**d/b/a Corwin Pharmacy**<br>**954 E. 9th Street**<br>**Lockport, IL 60441** | **Yellowstone**<br>**160 Pearl St.**<br>**New York, NY 10005** |
| **Lockport Pharmacy, Inc.**<br>**d/b/a Corwin Pharmacy**<br>**954 E. 9th Street**<br>**Lockport, IL 60441** | **Suntrust Bank**<br>**PO Box 62047**<br>**Orlando, FL 32862** |
| **Lockport Pharmacy, Inc.**<br>**d/b/a Corwin Pharmacy**<br>**954 E. 9th Street**<br>**Lockport, IL 60441** | **Cardinal Health**<br>**7000 Cardinal Place**<br>**Dublin, OH 43017** |
| **Lockport Pharmacy, Inc.**<br>**d/b/a Corwin Pharmacy**<br>**954 E. 9th Street**<br>**Lockport, IL 60441** | **Lockport Plaza Assc., LLC**<br>**Carl Buck Rathbun Cservenyak et al.**<br>**3260 Executive Dr.**<br>**Joliet, IL 60431** |

Sheet     **1**     of     **1**     continuation sheets attached to the Schedule of Codebtors

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Walter H. Beich, III** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form B 6I

## Schedule I: Your Income                                    12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:        Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☐ Employed<br>■ Not employed | ☐ Employed<br>☐ Not employed |
| **Occupation** | | |
| **Employer's name** | | |
| **Employer's address** | | |
| **How long employed there?** | | |

### Part 2:        Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ _____ 0.00 | $ _____ N/A |
| 3. | **Estimate and list monthly overtime pay.** | 3. +$ _____ 0.00 | +$ _____ N/A |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. $ _____ 0.00 | $ _____ N/A |

Debtor 1   **Walter H. Beich, III**                                    Case number (*if known*) _____

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Copy line 4 here** | 4. | $ 0.00 | $ N/A |

5. **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ N/A |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ N/A |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ N/A |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ N/A |
| 5e. **Insurance** | 5e. | $ 0.00 | $ N/A |
| 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ N/A |
| 5g. **Union dues** | 5g. | $ 0.00 | $ N/A |
| 5h. **Other deductions.** Specify: _____ | 5h.+ | $ 0.00 + | $ N/A |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.   6.   $ 0.00   $ N/A

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.   7.   $ 0.00   $ N/A

8. **List all other income regularly received:**

8a. **Net income from rental property and from operating a business, profession, or farm**
Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.   8a.   $ 0.00   $ N/A

8b. **Interest and dividends**   8b.   $ 0.00   $ N/A

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.   8c.   $ 0.00   $ N/A

8d. **Unemployment compensation**   8d.   $ 1,656.00   $ N/A

8e. **Social Security**   8e.   $ 0.00   $ N/A

8f. **Other government assistance that you regularly receive**
Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify:   **Food Stamps**   8f.   $ 194.00   $ N/A

8g. **Pension or retirement income**   8g.   $ 0.00   $ N/A

8h. **Other monthly income.** Specify: _____   8h.+   $ 0.00 +   $ N/A

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.   9.   $ 1,850.00   $ N/A

10. **Calculate monthly income.** Add line 7 + line 9.   10.   $ 1,850.00 + $ N/A = $ 1,850.00
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____   11.   +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies   12.   $ 1,850.00
**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☑ No.
☐ Yes. Explain: _____

**Fill in this information to identify your case:**

Debtor 1      **Walter H. Beich, III**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

     MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

## Official Form B 6J
## Schedule J: Your Expenses
12/13

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:   Describe Your Household

1. **Is this a joint case?**

    ■ No. Go to line 2.

    ☐ Yes. **Does Debtor 2 live in a separate household?**

       ☐ No

       ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**    ■ No

| | | | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|---|---|
| Do not list Debtor 1 and Debtor 2. | ☐ Yes. | Fill out this information for each dependent............. | | | ☐ No |
| | | | | | ☐ Yes |
| Do not state the dependents' names. | | | | | ☐ No |
| | | | | | ☐ Yes |
| | | | | | ☐ No |
| | | | | | ☐ Yes |
| | | | | | ☐ No |
| | | | | | ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**    ■ No    ☐ Yes

### Part 2:   Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

**Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)**

| | | Your expenses |
|---|---|---|

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.     4. $      0.00

    **If not included in line 4:**

    4a.   Real estate taxes     4a. $      0.00
    4b.   Property, homeowner's, or renter's insurance     4b. $      220.00
    4c.   Home maintenance, repair, and upkeep expenses     4c. $      0.00
    4d.   Homeowner's association or condominium dues     4d. $      0.00
5. **Additional mortgage payments for your residence,** such as home equity loans     5. $      0.00

Debtor 1    __Walter H. Beich, III__                                    Case number (if known)    _____

| 6. | **Utilities:** | | |
|---|---|---|---|
| | 6a. Electricity, heat, natural gas | 6a. $ | 300.00 |
| | 6b. Water, sewer, garbage collection | 6b. $ | 0.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 120.00 |
| | 6d. Other. Specify: | 6d. $ | 0.00 |
| 7. | **Food and housekeeping supplies** | 7. $ | 400.00 |
| 8. | **Childcare and children's education costs** | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | 50.00 |
| 10. | **Personal care products and services** | 10. $ | 0.00 |
| 11. | **Medical and dental expenses** | 11. $ | 0.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ | 200.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | 0.00 |
| 14. | **Charitable contributions and religious donations** | 14. $ | 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. $ | 0.00 |
| | 15b. Health insurance | 15b. $ | 0.00 |
| | 15c. Vehicle insurance | 15c. $ | 100.00 |
| | 15d. Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 | 17a. $ | 0.00 |
| | 17b. Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c. Other. Specify: | 17c. $ | 0.00 |
| | 17d. Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 6I).** | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. $ | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | |
| | 20a. Mortgages on other property | 20a. $ | 0.00 |
| | 20b. Real estate taxes | 20b. $ | 0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify: | 21. +$ | 0.00 |
| 22. | **Your monthly expenses.** Add lines 4 through 21. The result is your monthly expenses. | 22. $ | 1,390.00 |
| 23. | **Calculate your monthly net income.** | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | 1,850.00 |
| | 23b. Copy your monthly expenses from line 22 above. | 23b. -$ | 1,390.00 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | 460.00 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes. Explain:

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Walter H. Beich, III** _____
                                        Debtor(s)

Case No. _____
Chapter   **7** _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
**52** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **July 24, 2015** _____

Signature   _Walter H. Beich III_ _____
**Walter H. Beich, III**
Debtor

_Penalty for making a false statement or concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Northern District of Illinois

In re    __Walter H. Beich, III__                                          Case No.    _____

Debtor(s)                    Chapter        **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None

☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$15,114.00** | **2015 - Work as Pharmacist - Now Laid Off** |
| **$178.63** | **2013 - Interest Income** |
| **$149.45** | **2014 - Interest Income** |

---

**2. Income other than from employment or operation of business**

None

■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

B7 (Official Form 7) (04/13)
2

### 3. Payments to creditors

None
■

***Complete a. or b., as appropriate, and c.***

   a.   *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

   b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

   c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐

   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Variety Distributors vs. Corwin Pharmacy, Lockport Pharmacy, Walter Beich Case No. 2013 AR 627** | **Citation** | | **Pending** |
| **Standard Bank vs. Frankfort Pharmacy Case No. 2013 L 311** | | | **Judgment** |
| | | | **Judgement** |
| **Standard Bank vs. Lockport Pharmacy Case No. 2013 L 310** | **Judgment** | | **Pending** |
| **Standard Bank vs. Walter Beich Case No. 2013 L 312** | **Judgment** | | **Pending** |
| **Mercedes Benz Financial vs. Walter Beich Case No. 2014 AR 442** | **Judgment** | | **Pending** |
| **Hibu, Inc. vs. Corwin Pharmacy, Lockport Pharmacy Case No. 2014 AR 626** | **Judgement** | | **Open** |

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Standard Bank vs. Walter Beich**<br>**Case No. 2014 CH 813** | | | **Closed** |
| **Lockport Plaza vs. Corwin Pharmacy, Walter Beich**<br>**Case No. 2014 L 811** | | | **Dismissed w/o prejudice** |
| **Masters Pharmaceutical vs. Corwin Pharmacy, Lockport Pharmacy, Walter Beich**<br>**Case No. 2014 SC6951** | **Citiation** | | **Pending** |
| **Mercedes Benz Financial vs. Walter Beich**<br>**Case No. 2015 AR 31** | | | **Open** |

None
■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5.  Repossessions, foreclosures and returns**

None
☐   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Standard Bank**<br>**7800 W. 95th Street**<br>**Hickory Hills, IL 60457** | | **17100 S. Parker Rd.**<br>**Homer Glen, IL 60491**<br>**Mortgage on Residence**<br>**$0.00** |

**6.  Assignments and receiverships**

None
■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

B7 (Official Form 7) (04/13)

4

---

### 7. Gifts

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

---

### 8. Losses

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

---

### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Crane, Heyman, Simon, Welch & Clar**<br>**135 S. LaSalle Street**<br>**Suite 3705**<br>**Chicago, IL 60603** | **4/3/2015** | **5000.00** |

---

### 10. Other transfers

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

---

### 11. Closed financial accounts

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

B7 (Official Form 7) (04/13)
5

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Charter One** | **Checking** **Ending in 6607** | **Closed** **11-19-13** |
| **Standard Bank** | **Checking** **Ending in 8003** | **Closed** **9-20-14** |
| **BMO Harris** | **Checking** **Ending in 6322** | **Closed** **9-30-14** |
| **BMO Harris** | **Checking** **Ending in 5637** | **Closed** **7-12-13** |

### 12. Safe deposit boxes

None ☐

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| **FIrst Midwest Bank** **Lockport, IL 60441** | **Walter Beich** | **Empty** | |

### 13. Setoffs

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

None ■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15. Prior address of debtor

None ■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

### 16. Spouses and Former Spouses

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

B7 (Official Form 7) (04/13)
6

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
■ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Lockport Pharmacy, Inc.** | 36-3210523 | **d/b/a Corwin Pharmacy 954 E. 9th Street Lockport, IL 60441** | | **Ch. 7 Filing Case No. 14-39396** |
| **Frankfort Pharmacy, Inc.** | 36-3850321 | **d/b/a Corwin Pharmacy 222 Colorado Frankfort, IL 60423** | | **Ch. 7 Filing Case No. 14-39404** |

B7 (Official Form 7) (04/13)
7

None
■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                  ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
■    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                  DATES SERVICES RENDERED

None
■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                        ADDRESS                        DATES SERVICES RENDERED

None
■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                          ADDRESS

None
■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                  DATE ISSUED

---

**20. Inventories**

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY          INVENTORY SUPERVISOR          DOLLAR AMOUNT OF INVENTORY
                                                          (Specify cost, market or other basis)

None
■    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

DATE OF INVENTORY                          NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
                                           RECORDS

---

**21 . Current Partners, Officers, Directors and Shareholders**

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                        NATURE OF INTEREST          PERCENTAGE OF INTEREST

B7 (Official Form 7) (04/13)
8

None ■   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

---

**22 . Former partners, officers, directors and shareholders**

None ■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**24. Tax Consolidation Group.**

None ■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

---

**25. Pension Funds.**

None ■   If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

* * * * * *

B7 (Official Form 7) (04/13)
9

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.


Date   **July 24, 2015**                      Signature   **/s/ Walter H. Beich, III**
                                                           **Walter H. Beich, III**
                                                           Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B7 (Official Form 7) (04/13)
9

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   **July 24, 2015**                    Signature   *Walter H. Beich III*

Walter H. Beich, III
Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Walter H. Beich, III** _____    Case No. _____

                                      Debtor(s)      Chapter    **7** _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>-NONE- | **Describe Property Securing Debt:** |

Property will be (check one):
☐  Surrendered                    ☐  Retained

If retaining the property, I intend to (check at least one):
☐  Redeem the property
☐  Reaffirm the debt
☐  Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐  Claimed as Exempt                      ☐  Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>-NONE- | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐  YES      ☐  NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **July 24, 2015**          Signature  **/s/ Walter H. Beich, III**
                                                                     **Walter H. Beich, III**
                                                                     Debtor

B8 (Form 8) (12/08)

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date   **July 24, 2015**

Signature

**Walter H. Beich, III**
Debtor

## United States Bankruptcy Court
### Northern District of Illinois

In re   **Walter H. Beich, III**

Debtor(s)

Case No.

Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---:|
| For legal services, I have agreed to accept | $ | **5,000.00** |
| Prior to the filing of this statement I have received | $ | **5,000.00** |
| Balance Due | $ | **0.00** |

2.   $  **335.00**   of the filing fee has been paid.

3.   The source of the compensation paid to me was:

■   Debtor           ☐   Other (specify):

4.   The source of compensation to be paid to me is:

■   Debtor           ☐   Other (specify):

5.   ■   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐   I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.   [Other provisions as needed]

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
**adversary proceedings, complaints to determine dischargeability of debt and complaints objecting to discharge, redemption proceedings, abandonment proceedings, motions to dismiss or to convert the Chapter 7 case to another Chapter under the Bankruptcy Code or representation of the Debtor in such a converted case.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **July 24, 2015**

**DAVID K. WELCH**
**Crane, Heyman, Simon, Welch & Clar**
**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**
**312-641-6777  Fax: 312-641-7114**

LAW OFFICES

# CRANE, HEYMAN, SIMON, WELCH & CLAR

EUGENE CRANE
ARTHUR G. SIMON
DAVID K. WELCH
SCOTT R. CLAR
JEFFREY C. DAN

JOHN H. REDFIELD
BRIAN P. WELCH

GLENN R. HEYMAN, OF COUNSEL
THOMAS W. GOEDERT, OF COUNSEL

SUITE 3705
135 SOUTH LASALLE STREET
CHICAGO, ILLINOIS 60603-4297

(312) 641-6777
FAX (312) 641-7114

WWW.CRANEHEYMAN.COM

October 7, 2014

Walter H. Beich III
17100 Parker Road
Homer Glen, IL 60491

Re:     Chapter 7 Bankruptcy Case

Dear Mr. Beich:

This letter is to confirm the agreement reached with Walter H. Beich III ("Debtor"), concerning the retention of the law firm of Crane, Heyman, Simon, Welch & Clar ("CHSWC") in connection with the representation of the Debtor in a Chapter 7 bankruptcy proceeding. After review of this letter, please sign on the signature line provided acknowledging your understanding of the terms of our retention.

The Debtor has agreed to pay CHSWC $5,000.00 as a general advance payment retainer, and which is intended to provide full compensation for all legal fees and the statutory filing fee associated with a typical Chapter 7 bankruptcy proceeding as described in more detail below. In consideration of the payment of this retainer, CHSWC agrees to provide legal services on the Debtor's behalf in connection with the matters upon which CHSWC have been retained. Unless otherwise billed directly to you, any costs incurred during our representation shall be subject to reimbursement from the Debtor.

It is agreed that CHSWC shall have no obligation to commence its representation of the Debtor until the retainer is paid. This retainer is non-refundable, will not be held in the client trust account of CHSWC, and will be treated as income by CHSWC upon its receipt, whereupon it will be deposited into the general account of CHSWC. This retainer is the property of CHSWC and the Debtor retains no legal or equitable interest in the retainer.

It is understood that due to the nature of the representation and the substantial risk to CHSWC that CHSWC may receive no further fees, CHSWC is unwilling to represent the Debtor without the payment of such advance payment retainer and that the decision to pay an advance payment retainer to CHSWC was the choice of the Debtor, after consideration of other retainer options. The Debtor acknowledges that the specific purpose of such advance payment retainer is to assure the Debtor of legal representation at least until such time as the retainer is exhausted, and that the advantage to the Debtor of such a retainer, is that it provides such assurance by reducing the risk of creditor attachment of such a retainer and without the necessity of seeking any court and/or creditor approval with respect to same.

The Debtor acknowledges that this retainer covers legal representation and the statutory filing fee for only the ordinary matters associated with a typical Chapter 7 bankruptcy proceeding, such

LAW OFFICES

# CRANE, HEYMAN, SIMON, WELCH & CLAR

Walter H. Beich III
October 7, 2014
Page 2

as preparation of the Chapter 7 Petition, Schedules and Statement of Financial Affairs, representation at the meeting of creditors, and consultation and advice regarding same. This retainer does not include representation of the Debtor in matters such as adversary proceedings, objections to exemptions, motions pursuant to Bankruptcy Code Section 707, motions contesting venue, motions to convert the Chapter 7 case to another Chapter under the Bankruptcy Code or representation of the Debtor in such a converted case as well as any other non-bankruptcy matter. If the Debtor requires representation with respect to matters not included by this retainer, the Debtor understands that it may retain CHSWC or another firm in such other matter pursuant to a separate fee agreement.

If you retain CHSWC for such additional representation, please be aware that the current hourly rates for CHSWC are as follows:

| | |
|---|---|
| Eugene Crane.................. | $495 |
| Glenn R. Heyman............. | $495 |
| Arthur G. Simon............... | $490 |
| David K. Welch................ | $490 |
| Scott R. Clar.................... | $490 |
| Jeffrey C. Dan................. | $415 |
| John H. Redfield............. | $390 |
| Thomas W. Goedert....... | $425 |
| Brian P. Welch............... | $295 |

The above hourly rates are subject to change on January 1 of each year and are set forth herein for informational purposes only.

Thank you for the opportunity to be of service to you. We look forward to a successful relationship with you. Should there be any questions concerning our representation, please do not hesitate to contact the undersigned.

Very truly yours,

CRANE, HEYMAN, SIMON, WELCH & CLAR

By:
        David K. Welch

DKW/gb

**AGREED, ACCEPTED AND UNDERSTOOD:**

BY: _Walter H. Beich III_
        Walter H. Beich III

B 201A (Form 201A) (6/14)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $75 administrative fee, $15 trustee surcharge: Total Fee $335)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $75 administrative fee: Total Fee $310)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments

over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### <u>Chapter 11</u>: Reorganization ($1,167 filing fee, $550 administrative fee: Total Fee $1,717)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### <u>Chapter 12</u>: Family Farmer or Fisherman ($200 filing fee, $75 administrative fee: Total Fee $275)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. <u>Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials</u>

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Walter H. Beich, III**                                                              Case No.

_____ Chapter   **7**   _____
                                      Debtor(s)

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Walter H. Beich, III**                                        X   **/s/ Walter H. Beich, III**              **July 24, 2015**
Printed Name(s) of Debtor(s)                                          Signature of Debtor                        Date

Case No. (if known) _____           X   _____
                                                                      Signature of Joint Debtor (if any)        Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Walter H. Beich, III**                             Case No.

                                     Debtor(s)                     Chapter    **7**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| | | |
|---|---|---|
| **Walter H. Beich, III** | X _Walter H Beich III_ | **July 24, 2015** |
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| | | |
| Case No. (if known) | X _____ | |
| | Signature of Joint Debtor (if any) | Date |

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Walter H. Beich, III** _____    Case No. _____

                             Debtor(s)    Chapter    **7** _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **161**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    **July 24, 2015** _____      **/s/ Walter H. Beich, III** _____

                                                       **Walter H. Beich, III**
                                                       Signature of Debtor

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Walter H. Beich, III** _____    Case No. _____
                                        Debtor(s)              Chapter   **7** _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **161**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **July 24, 2015** _____    _____
                                                **Walter H. Beich, III**
                                                Signature of Debtor

21st Century Television
9663 Santa Monica Blvd., Suite 885
Beverly Hills, CA 90210

.

P.O. Box 3
Carol Stream, IL 60197

P.O. Box 70886
Charlotte, NC 28272

22nd Century Media LLC
11516 West 183rd St.
Office Condo #3 Unit SW
Orland Park, IL 60467

AT&T
PO Box 5880
Carol Stream, IL 60197

Cardinal Health
7000 Cardinal Place
Dublin, OH 43017

Accounting Pros
PO Box 188
Highland Park, IL 60035

AT&T
P.O. Box 5080
Carol Stream, IL 60197

Carl Buck
Rathbun Cservenyak & Kozo
3260 Executive Dr.
Joliet, IL 60431

Accounting Pros
PO Box 110
Highland Park, IL 60035

AT&T
PO Box 5080
Carol Stream, IL 60197

Citi Business Card
1500 Boltonfield St.
Columbus, OH 43228

Advantage Leasing
13400 Bishops Lane
Suite 280
Brookfield, WI 53005

Avsec Printing
825 Plainfield Rd.
Joliet, IL 60435

Citi Card
Processing Center
Des Moines, IA 50363

Ally
PO Box 380902
Bloomington, MN 55438

Bell LIfestyle Products
07090 68th St.
South Haven, MI 49090

Cloverleaf Farms
13835 South Kostner
Bridgeview, IL 60455

American Credit Systems
400 W. Lake St.
PO Box 72849
Roselle, IL 60172

Blue Cross Bule Shield
25550 Network Place
Chicago, IL 60673

CNA Surety Direct Bill
PO Box 957312
Saint Louis, MO 63195-73

American Express
United Recovery Systems
Houston, TX 77272

BR Data
715 Pinelawn Rd., Suite 305
Melville, NY 11747

ComEd
PO Box 6111
Carol Stream, IL

Ana Genericics
2915 Weston Rd.
Fort Lauderdale, FL 33331

Broida and Nichele Ltd.
Attorneys at Law
Suite 108
Naperville, IL 60563

ComEd
Payment Processing Cente
Saint Paul, MN 55126

Anda
3000 Alt. Blvd.
Grand Island, NY 14072

Campbell Hightower & Adams
4645 S. Lakeshore Dr., Suite 114
Tempe, AZ 85282

Constellation
217 Collections Dr.
Chicago, IL 60693

Constellation Newenergy, Inc.
14217 Collections Center Dr.
Chicago, IL 60693

90 Remittance Ave.
O Fallon, MO 63366

1867 S. Washington St.
Suite 110
Naperville, IL 60565

Cross Point Sales
3158 S. State St.
Lockport, IL 60441

Dystrup, Hoster and Jarot
822 129th Infantry Dr.
Joliet, IL 60435

Forest Alarm Services, I
1807 S. Washington St.
Naperville, IL 60565

Crystal Beach Suites
P.O. Box 3273
Orlando, FL 32802

E.F. Bavis Associates Inc.
201 Grandin Rd.
Maineville, OH 45039

Fox Valley Fire & Safety
2730 Pinnacle Drive
Elgin, IL 60124

Daniel Spilotro
Spilotro Law Group, LLC
2551 N. Clark St., Suite 405
Chicago, IL 60614

Ed Anderson
Chuck Bretz & Associates
58 N. Chicago Ave., 2nd Fl.
Joliet, IL 60432

Frankfort Pharmacy, Inc.
d/b/a Corwin Pharmacy
222 Colorado
Frankfort, IL 60423

David Clark
Law Office of David W. Clark
207 N. Washington St.
Wheaton, IL 60187

Edward T. Anderson
Chuck Bretz & Assoc., PC
58 N. Chicago, St., 2nd Fl
Joliet, IL 60432

Frito Lay
75 Remittance Dr., Suite 1
Chicago, IL 60675

Dearborn Wholesale Grocers
4525 W. Madison St.
Chicago, IL 60624

Emdeon
PO Box 572490
Salt Lake City, UT 84157

Global Credit Collection
5440 N. Cumberland
Suite 300
Chicago, IL 60656

Dennis Porick
Dennis B. Porick Ltd.
63 W. Jefferson St., Suite 100
Joliet, IL 60432

Enhanced Recovery Co.
P.O. Box 23870
Jacksonville, FL 32241

Home City Ice
1125 International Parkw
Woodridge, IL 60517

Des Plaines Office Equipment
1020 Bonavenutre
Elk Grove Village, IL 60007

Fabric Traditions
519 8th Ave., 19th Floor
New York, NY 10018

Home Pages
915 E. Lincoln Way Hwy.
PO Box 801
DeKalb, IL 60115

Dex
8501 West 137th St.
Overland Park, KS 66223

Fed Ex
PO Box 94515
Palatine, IL 60094

Hudson Energy
24919 Network Place
Chicago, IL 60673

Dr. Comfort
10300 N. Enterprise Dr.
Thiensville, WI 53092

First Tech Utility
1 North Brentwood, Suite 500
Saint Louis, MO 63105

Humana Prescription Ntwk
003/73266
325 W. Main St. WFP 6W
Louisville, KY 40202

Illinois Department of
Employment Security
33 S. State, 10th Fl.
Chicago, IL 60603-2802

12 Overview Drive
Romeoville, IL 60446

65 E. Wacker Pl., Suite 5
Chicago, IL 60601

Illinois Department of Revenue
100 W. Randolph St.
Legal Services M/C 7-900
Chicago, IL 60601

JR Distributions
1000 Crossroads Parkway
Bolingbrook, IL 60490

LFG (Leaf Finance Group)
P.O. Box 7861
New York, NY 10116

Illinois State Lottery
P.O. Box 19080
Springfield, IL 62794

JRS Ventures
37 Elaine Dr.
O Fallon, MO 63366

LID Financial Services
7322 S. W. Freeway
Suite 1600
Houston, TX 77074

Illinois State Lottery
PO Box 19080
Springfield, IL 62794

Julie Beich (former Spouse)

Lockport Chambers of Com
921 S. State St.
Lockport, IL 60441

IMS
6201 W. Howard., Suite 100
Niles, IL 60714

Keller Williams Preferred Realty
16123 S. LaGrange Rd.
Orland Park, IL 60467

Lockport Pharmacy, Inc.
d/b/a Corwin Pharmacy
954 E. 9th Street
Lockport, IL 60441

Incomm
250 Williams Street
5th Fl., Suite 5-2002
Atlanta, GA 30303

Lagnappe Pharmacy Services
PO Box 637946
Cincinnati, OH 45263

Lockport Plaza Assc., LL
Carl Buck Rathbun Cserveno
3260 Executive Dr.
Joliet, IL 60431

Independence Medical
PO Box 635864
Cincinnati, OH 45263-5864

Lagniappe
PO Box 637946
Cincinnati, OH 45263-7946

Lockport Plaza Assoc.
c/o Carl Buck
24201 W. Main St.
Plainfield, IL 60544

Internal Revenue Service
Cincinnati, OH 45999-0025

Larry Wolfe
9933 Lawler Ave.
Suite 105
Skokie, IL 60077

M & M New's Agency
342 N. 30th Road
La Salle, IL 61301

Islander Beach Resort
1601 S. Atlantic Ave.
New Smyrna Beach, FL 32169

Larry Wolfe
9933 Lawler Ave.
Skokie, IL 60077

Masters Pahrmaceutical
PO Box 713769
Cincinnati, OH 45271-376

Jay Levy
Jay K. Levy & Associates
PO Box 1181
Evanston, IL 60201-1181

Lease Finance Group
P.O. Box 7861
New York, NY 10116

Masters Pharmaceutical
Teller LEvit & Silvertrus
195 S. LaSalle St., Suite 7
Chicago, IL 60603

Matrix
110 Tices Lane
Building A, Unit 5 B
East Brunswick, NJ 08816

Maury Cobb
Attorney at Law
600 Beacon Parkway, West 300B
Birmingham, AL 35209-3120

McCarthy Burgess & Wolfe
26000 Cannon Rd.
Bedford, OH 44146

Medical Screening Services, Inc.
5727 West Howard St.
Niles, IL 60714-4070

Medical Security Card Company
PO Box 800
City of Industry, CA 91716-8006

Mercedes-Benz
1305 Corporate Center Dr.
Saint Paul, MN 55121

Mercedez Benz Financial
Attention Lock Box Dept.
36455 Corporate Drive
Farmington, MI 48331

Nationwide Credit Inc.
P.O. Box 26314
Lehigh Valley, PA 18002

NCS
729 Miner Rd.
Cleveland, OH 44143

New A.D.E. Inc.
49 Garfield St.
Holyoke, MA 01040

NuWay Disposal
17726 Oak Park Ave., #1
Chicgo, IL 60495

Oregon Mint Snuff Company
14155 SW Business Circle Rd.
Terrebonne, OR 97760-7892

Ottosen Britz Lelly Cooper
Gilbert & Dinolfo
1804 N. Naper Blvd., Suite 350
Naperville, IL 60563

Package Express Centers
PO Box 178
Greeneville, TN 37744

Pepperidge Farm
230 2nd St.
Downers Grove, IL 60515-5282

Pepsi
1400 W. 35th St.
Chicago, IL 60609

Pharmaceutical Returns Service
110 Oak St.
North Aurora, IL 60542

Pharmacists Mutual
PO Box 370
Algona, IA 50511

Pinnacle Recovery
P.O. Box 130848
Carlsbad, CA 92013

4105 Chapel Rd.
Carthage, MO 64836

Preferred Business Publi
1938 Lincoln Highway, Su2
New Lenox, IL 60451

Prime Therapeutics
1305 Corporate Center Dr.
Saint Paul, MN 55121

Prime Therapeutics
1305 Corporate Center
Saint Paul, MN 55121

Progressive Inventory Se
6209 W. Grand Ave.
Chicago, IL 60639

Real Club Resorts
Avenida Bonampak Mza.2, L
Edificio A, Local A B y C P
Cancun, ME 77500

Reliable Color
709 Lindsey Lane
Bolingbrook, IL 60440

Retail Date Systems
1998 Ohio St., Suite 300
Lisle, IL 60532

Retalix
6100 Tennyson Parkway
Suite 130
Plano, TX 75024

Revenue Assurance Partne
19399 Helenberg Rd.
Covington, LA 70433

PO Box 7
Carol Stream, IL 60197-5407

River City Pharmacy Supply
PO Box 713774
Cincinnati, OH 45271-3774

41 Discovery Parkway
Carrollton, TX 75007

Harbinger Group
1821 Reliabe Parkway
Chicago, IL 60686

River City Pharmacy
11930 Kemper Springs Dr.
Cincinnati, OH 45240

Sprint
PO Box 4191
Carol Stream, IL 60197

The McCall Pattern Compa
615 McCall Rd.
Manhattan, KS 66502-5035

Royal Publishing
7620 N. marker Dr.
Peoria, IL 61615

St. Dennis
1214 Hamilton St.
Lockport, IL 60441

Thomas Gearhart
Teller, Levit & Silvertrus
19 South LaSalle St., Sui7
Chicago, IL 60603

RR Donnelley
PO Bpx 93514
Chicago, IL 60673-3514

Standard Bank
7800 W. 95th Street
Hickory Hills, IL 60457

Top RX
2950 Brothers Blvd., Suit1
Memphis, TN 38133

S. Abraham & Sons Inc.
AG Adjustments
740 Walt Whitman Rd.
Melville, NY 11747-9090

Staples
1125 E. Ogden Ave.
Naperville, IL 60563

Torf Law Firm
555 Skokie Blvd., suite 5
Northbrook, IL 60062

S. Abraham & Sons, Inc.
PO Box 1768
4001 Three Mile Rd., NW
Grand Rapids, MI 49501-1768

Stockwell Greetings Chicago
7115 West North Ave.
Oak Park, IL 60302

Tracy, Johnson & Wilson
2801 Black Rd. 2nd fl
Joliet, IL 60435

Sav-RX Advantage
224 North Park Ave.
Fremont, NE 68025

Suntrust Bank
PO Box 62047
Orlando, FL 32862

United Delivery Service
1111 N. Ridge. Rd.
Lombard, IL 60148

Siesta Sands Beach Resorts
1001 Point of Rocks Rd.
Sarasota, FL 34242

Teller, Levit & Silvertrust P
19 S. LaSalle St., Suite 701
Chicago, IL 60603

United States Post Offic
National Customer SupporC
433 W. Harrison St., Suit2
Chicago, IL 60699-9321

Snyders of Hanover
7950 185th St.
Tinley Park, IL 60477

Terrace Supply Company
710 N. Addison Rd.
Villa Park, IL 60181

UPS Freight
28013 Network Place
Chicago, IL 60673

Special Interest Group
111 Peerwood Rd., Suite 200
San Ramon, CA 94583

The Harvard Drug Group
1821 Reliable Parkway
Chicago, IL 60686-0001

US Balloon Company
140 58th St.
Brooklyn, NY 11209

US Bank Equipment Finance
1310 Madrid St.
Marshall, MN 56258

160 Pearl St.
New York, NY 10005

US Gas
11618 South Mayfield
Alsip, IL 60803

US Script
2425 W. Shaw Ave.
Fresno, CA 93711

Variety Distributions Inc.
609 7th St.
Harlan, IA 51537

VIP
c/o ANDA
2915 Weston Rd.
Fort Lauderdale, FL 33331

Waste Management
700 E. Botterfield Rd.
4th Fl.
Lombard, IL 60148

Westgate Branson Lakes
750 Emerald Pointe Dr.
Hollister, MO 65672

Windmill Health Products
6 Henderson Dr.
Caldwell, NJ 07006

Yelllow Book Sales
c/oDaniel Spilotro @ Spilotro Law
2551 N. Clark St., Suite 300
Chicago, IL 60614

Yellowstone
160 Pearl St.
New York, NY 10005